TRUMAN ARMSTRONG, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 2, 1873; decided June 10, 1873.)

DECIDED upon the facts in the case.

*Edward Harris* for the appellant.

*W. F. Cogswell* for the respondent.

Agree to affirm on opinion of court below, GROVER, J., dissenting.
Judgment affirmed.